**In re THOMSON INC., Petitioner.**

**Misc. No. 804.**

United States Court of Appeals, Federal Circuit.

Nov. 17, 2005.

*ORDER*

Thomson, Inc. moves to withdraw its petition seeking a writ of mandamus directing the United States District Court for the Eastern District of Virginia to dismiss *Thomson Inc. v. Audio MPEG, Inc.,* No. 05–CV–565, or to order joinder of other parties. We treat Thomson's submission as an unopposed motion to dismiss its petition.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The unopposed motion to dismiss is granted.

(2) Each side shall bear its own costs.